UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD MINHAJ KHOKHAR, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT OF PAKISTAN THROUGH ITS MINISTRIES, et al., <br><br> Defendants. | Case No. 17-cv-01769-HRL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

Honorable Judge Beeler for consideration of whether the case is related to 15-cv-06043-LB,

*Khokhar v. Yousuf et al*.

**IT IS SO ORDERED.**

Dated: 5/11/2017

_____

HOWARD R. LLOYD
United States Magistrate Judge